IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 01-cr-00397-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED GOLDTOOTH,

        Defendant.

___

**UNOPPOSED MOTION TO RESCHEDULE SUPERVISED RELEASE VIOLATION HEARING**
___

        Counsel for Mr. Goldtooth moves this Court to reschedule his supervised release violation hearing, presently scheduled for March 25, 2014. Defense counsel will be out of town beginning March 20 through March 31, 2014 due to a previously planned spring break trip.

        Counsel will be happy to coordinate an alternative date with the Court and with AUSA Robert Brown, who does not object to this request.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender, Interim

        s/ Robert W. Pepin
        Robert W. Pepin
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Robert.Pepin@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on 2/19/14 I electronically filed the foregoing **UNOPPOSED MOTION TO RESCHEDULE SUPERVISED RELEASE VIOLATION HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

      Robert Brown, AUSA
      email: robert.brown5@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Fred Goldtooth      (via Mail)


                                          s/ Robert W. Pepin
                                          Robert W. Pepin
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          Robert.Pepin@fd.org
                                          Attorney for Defendant